1
2
3
4
5
6
7

8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11 CLINTON JACKSON,                     ) Case No. ED CV 10-01337-VBF-JC
                                        )
12                    Petitioner,       )
                                        )
13            v.                        ) ORDER
                                        )
14                                      ) Adopting the Report and
   DOMINGO URIBE, JR.,                  ) Recommendation, Denying the
15                                      ) Habeas Petition, and Dismissing the
                                        ) Action with Prejudice
16                    Respondent.       )
                                        )
17 _____

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of
19 Habeas Corpus by a Person in State Custody (the "Petition") (CM/ECF Document
20 ("Doc") 1), the respondent's answer and accompanying memorandum of points and
21 authorities (Docs 5-6), the documents lodged by the respondent (Doc 7), petitioner's
22 reply (Doc 8), the applicable law, and the Report and Recommendation ("R&R") of
23 the United States Magistrate Judge (Doc 15).  Petitioner has not filed objections.

24

25          The well-reasoned Report and Recommendation **[Doc #15] is ADOPTED**.

26

27          The petition for a writ of habeas corpus **[Doc #1] is DENIED**.

28

            This action is **DISMISSED with prejudice.**

1    Per Fed. R. Civ. P. 58(a), final judgment will be entered by separate document.

2

3  Dated:        February 2, 2015

4

5                                      _____

6                                            Valerie Baker Fairbank
7                                      Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2