# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLINTON JACKSON,** | NO. ED CV 10-01337-VBF-JC |
| Petitioner, | |
| v. | RULE 58 FINAL JUDGMENT |
| DOMINGO URIBE, JR., | |
| Respondent. | |

Final judgment is hereby entered in favor of the respondent and against the petitioner.

DATED:   February 2, 2015

*Valerie Baker Fairbank*

———————————————
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE